O'NEAL, administrator, *v.* DESVERGES.

This case being for decision by a full bench of six Justices, and they being evenly divided in opinion, the judgment of the court below stands affirmed by operation of law.

Argued December 7, 1900. — Decided May 21, 1901.

Injunction.    Before Judge Spence.    Decatur superior court. October 17, 1900.

*A. H. Russell,* for plaintiff in error.    *Hawes & Hawes,* contra.